UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JEANNIE STONE,

   Plaintiff,

-vs-                                          CASE NO.: 5:17-CV-227-OC-30PRL

HARLEY-DAVIDSON
FINANCIAL SERVICES, INC.,

   Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, Jeannie Stone, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System: Daniel M Mahfood, Esquire, McGuire Woods LLP, 50 N. Laura Street, Ste. 3300, Jacksonville, FL 32202 (dmahfood@mcguirewoods.com; bchassereaucook@mcguirewoods.com; bsitter@mcguirewoods.com; and cboyd@mcguirewoods.com).

                                                */s/Frank H. Kerney, III, Esquire*
                                                Frank H. Kerney, III, Esquire
                                                Florida Bar #: 88672
                                                Morgan & Morgan, Tampa, P.A.
                                                One Tampa City Center
                                                201 North Franklin Street, 7th Floor
                                                Tampa, FL 33602
                                                Telephone: (813) 223-5505
                                                Facsimile: (813) 223-5402
                                                fkerney@forthepeople.com
                                                jkneeland@forthepeople.com
                                                mbradford@forthepeople.com
                                                Counsel for Plaintiff